UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-10884 |
| | | CHAPTER 13 |
| JOHN L. BEVINS, JR. | | |
| ANGELA M. BEVINS | : | JUDGE BURTON PERLMAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918011 | $30.48 |

Creditor(s)
OSI Collection Services, Inc.
P.O. Box 947
Brookfield, IL 53008-0947

                                                     Respectfully submitted,

                                      /s/   Margaret A. Burks, Esq.
                                              Margaret A. Burks, Esq.
                                              Chapter 13 Trustee
                                              Attorney No. OH 0030377

                                              Francis J. DiCesare, Esq.
                                              Staff Attorney
                                              Attorney No. OH 0038798

                                              Karolina F. Perr, Esq.
                                              Staff Attorney
                                              Attorney No. OH 0066193

                                              600 Vine Street, Suite 2200
                                              Cincinnati, OH 45202
                                              (513) 621-4488
                                              (513) 621 2643 (Facsimile)
                                              mburks@cinn13.org - Correspondence only
                                              fdicesare@cinn13.org
                                              kperr@cinn13.org
                                              cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, July 20, 2011.

                                                          /s/    Margaret A. Burks, Esq.
                                                                     Margaret A. Burks, Esq.

OSI Collection Services, Inc.
P.O. Box 947
Brookfield, IL 53008-0947

Debtor(s) Counsel
DEARFIELD, KRUER & CO., LLC
800 GALLIA STREET
SUITE 28
PORTSMOUTH, OH  45662

Debtor(s)
JOHN L. BEVINS, JR.
ANGELA M. BEVINS
1424 13TH STREET
WEST PORTSMOUTH, OH  45663

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

OSI Collection Services, Inc.
Bankruptcy Department
P.O. Box 105127
Atlanta, GA 30348-5127

OSI Collection Services, Inc.
P.O. Box 105460
Atlanta, GA  30348-5460

OSI Collection Services
4221 International Pkwy.
Atlanta, GA  30354

OSI Collection Services, Inc.
P.O. Box 953
Brookfield, WI  58300

Registry_Deposit_for_Creditor